Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−16382−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mathew C. Miller
  311 Shoshoni Trail
  Browns Mills, NJ 08015−6131

Social Security No.:
  xxx−xx−1254

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 6, 2023.

Dated: November 6, 2023
JAN: mjb

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 23-16382-CMG

Mathew C. Miller                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                        Page 1 of 3
Date Rcvd: Nov 06, 2023                         Form ID: plncf13                                Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mathew C. Miller, 311 Shoshoni Trail, Browns Mills, NJ 08015-6131 |
| 519981341 | State of New Jersey, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519981322 | Warren S. Jones, Jr., Esquire, 1 Trinity Lane, Mount Holly, NJ 08060-1747 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2023 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2023 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519981323 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 06 2023 21:01:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519981324 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 06 2023 21:01:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519981327 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 06 2023 21:01:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 519981328 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 06 2023 21:01:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 519981329 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 06 2023 21:02:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519981325 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 06 2023 21:10:14 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519981326 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 06 2023 21:20:48 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519981331 | | Email/Text: krivera@leadersfc.com | Nov 06 2023 21:01:00 | Leaders Financial Company, 21 Commerce Dr Fl 1, Cranford, NJ 07016 |
| 519981330 | | Email/Text: krivera@leadersfc.com | Nov 06 2023 21:01:00 | Leaders Financial Company, Attn: Bankruptcy, 21 Commerce Dr, Suite 101, Cranford, NJ 07016 |
| 519991188 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2023 20:59:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519983073 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2023 20:59:10 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519981332 | | Email/Text: ml-ebn@missionlane.com | Nov 06 2023 21:01:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2023 | Form ID: plncf13 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | 105286, Atlanta, GA 30348 |
| 519981333 | | Email/Text: ml-ebn@missionlane.com | Nov 06 2023 21:01:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 519981334 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 06 2023 21:01:00 | NJ E-Z Pass, PO Box 4971, Trenton, NJ 08650 |
| 520021972 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 06 2023 21:01:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519981336 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2023 20:58:06 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 519981335 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2023 20:58:02 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520038714 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2023 21:10:19 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519981337 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2023 20:59:55 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519981338 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2023 21:10:24 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519981339 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 06 2023 21:02:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520035635 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 06 2023 21:01:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 519981340 | ^ | MEBN | Nov 06 2023 20:49:12 | State of New Jersey, Department of Labor and Workforce Develo, PO Box 951, Trenton, NJ 08625-0951 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |

| | |
|---|---|
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | |
| | on behalf of Debtor Mathew C. Miller email@warrensjones.com  r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 4