| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-16382 / CMG**

Mathew C. Miller

Petition Filed Date: 07/26/2023
341 Hearing Date: 08/24/2023
Confirmation Date: 11/01/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/24/2023 | $865.00 | | 11/06/2023 | $484.62 | | 11/20/2023 | $484.62 | |
| 12/04/2023 | $484.62 | | 12/18/2023 | $484.62 | | 01/02/2024 | $484.62 | |
| 01/16/2024 | $484.62 | | | | | | | |

**Total Receipts for the Period:  $3,772.72    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $3,772.72**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Mathew C. Miller | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren S. Jones, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,156.00 | $1,691.52 | $2,464.48 |
| 1 | LVNV FUNDING LLC<br>»» JUDGMENT/DC-009495-19/CREDIT ONE BANK | Unsecured Creditors | $673.40 | $0.00 | $673.40 |
| 2 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $735.03 | $0.00 | $735.03 |
| 3 | State of New Jersey<br>»» UNEMPLOYMENT CLAIM BENEFITS FINES/INTEREST | Unsecured Creditors | $6,665.00 | $0.00 | $6,665.00 |
| 4 | CREDIT ACCEPTANCE CORPORATION<br>»» 2016 KIA SEDONA | Debt Secured by Vehicle | $16.65 | $0.00 | $16.65 |
| 5 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS & ADM CLAIMS | Unsecured Creditors | $4,326.70 | $0.00 | $4,326.70 |
| 6 | Specialized Loan Servicing, LLC<br>»» P/311 SHOSHONI TRAIL/1ST MTG | Mortgage Arrears | $51,178.97 | $0.00 | $51,178.97 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $486.07 | $0.00 | $486.07 |

**Chapter 13 Case No. 23-16382 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,772.72 | Plan Balance: | $58,020.28 ** |
| Paid to Claims: | $1,691.52 | Current Monthly Payment: | $1,088.00 |
| Paid to Trustee: | $303.60 | Arrearages: | $356.28 |
| Funds on Hand: | $1,777.60 | Total Plan Base: | $61,793.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.