CB-1774-C
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
Attorney for Credit Acceptance Corporation

_____

                                               UNITED STATES BANKRUPTCY
                                               COURT FOR THE DISTRICT OF
                                               NEW  JERSEY

IN RE:  MATTHEW MILLER

                                               CHAPTER: 13
                                               CASE NO:: 23-16382 (CMG)


                                               NOTICE OF APPEARANCE AND
                                               REQUEST FOR ALL NOTICES, PLAN,
                                               AND DISCLOSURE STATEMENTS

Credit Acceptance Corporation hereby enters its appearance and the law firm of Eisenberg, Gold, and Agrawal, P.C. pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Credit Acceptance Corporation with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200


Credit Acceptance Corporation, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under

Fed R. Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Credit Acceptance Corporation by due service upon its undersigned attorneys, Eisenberg, Gold, and Agrawal, P.C., at the address stated above and also to it at the following address:

Credit Acceptance Corporation
25505 West 12 Mile Road
Southfield, Michigan 48034

Credit Acceptance Corporation pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

      /s/   William E. Craig
      William E. Craig, Esquire
      Attorney For Credit Acceptance Corporation

Dated: 04/17/24