Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                 Case No.:  23−16382−CMG
                                 Chapter:  13
                                 Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mathew C. Miller
   311 Shoshoni Trail
   Browns Mills, NJ 08015−6131

Social Security No.:
   xxx−xx−1254

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/3/24.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 3, 2024
JAN: rms

                                                                        Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 23-16382-CMG

Mathew C. Miller      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3

Date Rcvd: Jul 03, 2024    Form ID: 148    Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mathew C. Miller, 311 Shoshoni Trail, Browns Mills, NJ 08015-6131 |
| 519981322 | Warren S. Jones, Jr., Esquire, 1 Trinity Lane, Mount Holly, NJ 08060-1747 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 03 2024 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 03 2024 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jul 03 2024 20:48:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 519981323 | + | EDI: BANKAMER | Jul 04 2024 00:28:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519981324 | + | EDI: BANKAMER | Jul 04 2024 00:28:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519981327 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 03 2024 20:48:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 519981328 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 03 2024 20:48:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 519981329 | | EDI: IRS.COM | Jul 04 2024 00:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519981325 | | EDI: JPMORGANCHASE | Jul 04 2024 00:28:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519981326 | | EDI: JPMORGANCHASE | Jul 04 2024 00:28:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519981331 | | Email/Text: krivera@leadersfc.com | Jul 03 2024 20:48:00 | Leaders Financial Company, 21 Commerce Dr Fl 1, Cranford, NJ 07016 |
| 519981330 | | Email/Text: krivera@leadersfc.com | Jul 03 2024 20:48:00 | Leaders Financial Company, Attn: Bankruptcy, 21 Commerce Dr, Suite 101, Cranford, NJ 07016 |
| 519991188 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2024 20:58:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519983073 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2024 20:47:04 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 23-16382-CMG    Doc 34    Filed 07/05/24    Entered 07/06/24 00:16:41    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 03, 2024 | Form ID: 148 | Total Noticed: 29 |

| | | | |
| --- | --- | --- | --- |
| 519981332 | Email/Text: ml-ebn@missionlane.com | Jul 03 2024 20:48:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519981333 | Email/Text: ml-ebn@missionlane.com | Jul 03 2024 20:48:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 519981334 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 03 2024 20:48:00 | NJ E-Z Pass, PO Box 4971, Trenton, NJ 08650 |
| 520021972 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 03 2024 20:48:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519981336 | EDI: PRA.COM | Jul 04 2024 00:28:00 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 519981335 | EDI: PRA.COM | Jul 04 2024 00:28:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520038714 | EDI: PRA.COM | Jul 04 2024 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519981337 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2024 20:58:14 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519981338 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2024 20:47:52 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519981341 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 03 2024 20:48:00 | State of New Jersey, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519981339 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 03 2024 20:49:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520035635 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 03 2024 20:48:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 519981340 | ^ MEBN | Jul 03 2024 20:39:26 | State of New Jersey, Department of Labor and Workforce Develo, PO Box 951, Trenton, NJ 08625-0951 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 05, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Debtor Mathew C. Miller email@warrensjones.com r46134@notify.bestcase.com;robert@warrensjones.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 7